UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 21-5017-FLA-KS | Date: August 23, 2022 |
| Title   *Christopher Bailey v. County of Los Angeles et al.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Creditor:         Attorneys Present for Debtor:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FOLLOW COURT'S PROCEDURES**

On July 12, 2022, Plaintiff filed a Motion to Compel Responses to Discovery against Defendants. (Dkt No. 39.)  On July 15, 2022, the Court entered a Text Entry referring the Parties to the Court's procedures and schedules regarding Discovery Motions.  As of this date, there has been no response regarding the request for an Informal Discovery conference per the Court's Procedures and Schedules.

Accordingly, **Plaintiff is ORDERED TO SHOW CAUSE on or before August 26, 2022,** why the Court should not deny the Motion to Compel and issue an order for sanctions for failure to follow the Court's procedures.  Plaintiff may discharge the Order to Show Cause by filing a <u>brief statement (no more than 3 pages)</u> explaining under penalty of perjury its failure to comply with the Court's pre-motion discovery procedures and: (1)  submitting to the Court via Chambers email,   a joint statement regarding the disputed issues;  and  (2) proposing at least two (2) <u>mutually agreed dates within the next ten (10) days</u> to schedule the required pre-motion discovery conference.

**IT IS SO ORDERED**.

                                                                        :
                                              **Initials of Preparer**        gr