ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
OLIVIA M. WEISS – State Bar No. 310788
oweiss@glaserweil.com
GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants
County of Los Angeles,
Luis Cano, Kevin Walker,
Shawn Groves, Jackson Hill,
Matthew Seno, and Joshua Parga

BRIAN T. DUNN, ESQ. – State Bar No. 176502
bdunn@cochranfirm.com
EDWARD M. LYMAN III, ESQ. – State Bar No. 248264
elyman@cochranfirm.com
THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone:  (323) 435-8205
Facsimile:   (323) 282-5280

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CHRISTOPHER BAILEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-05017 FLA (KSx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>[Assigned to Magistrate Judge, the Hon. Karen Stevenson]<br><br>**JOINT STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF CHRISTOPHER BAILEY**<br><br>Action Filed: June 21, 2021<br>Trial Date: March 7, 2023<br>Discovery Cut-Off: October 21, 2022 |
|---|---|

1

**JOINT STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION
OF PLAINTIFF CHRISTOPHER BAILEY**

2214838.1

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, THAT:**

Defendants County of Los Angeles, Luis Cano, Kevin Walker, Shawn Groves, Jackson Hill, Matthew Seno, and Joshua Parga ("Defendants") have retained an expert, Dr. Alan L. Shabo, M.D., Clinical Professor of Ophthalmology at the UCLA School of Medicine, who will conduct an independent medical examination of Plaintiff Christopher Bailey ("Plaintiff").

The scope of the examination is to evaluate Plaintiff's factual allegations including, but not limited to, allegations of physical, mental, emotional, and/or psychological injuries or damages.

**IT IS FURTHER STIPULATED THAT** Plaintiff will submit to the independent medical examination on the following date, time, and location:

DATE:        October 17, 2022
TIME:        12:30 p.m.
LOCATION:    9100 Wilshire Boulevard, Suite 265E, Beverly Hills, CA 90212

**IT IS FURTHER STIPULATED THAT** the total length of the examination will be two to four hours, not including breaks.

**IT IS FURTHER STIPULATED THAT** there will be no painful, protracted, or intrusive diagnostic tests or procedures. Plaintiff will be allowed to take as many breaks as requested, with the understanding that multiple and lengthy interruptions will likely extend the duration of the examination.

**IT IS FURTHER STIPULATED THAT** the manner and nature of the examination is as follows: The examination shall consist of interviewing, taking Plaintiff's history, and administering physical examination. There shall be no unreasonable or invasive testing. Dr. Shabo shall determine which specific examinations to administer, based at least in part on his interview of Plaintiff.

1      **IT IS FURTHER STIPULATED THAT** Plaintiff may be accompanied by
2  one representative from the law firm of his undersigned counsel.
3      **IT IS FURTHER STIPULATED THAT** any party may record the
4  examination by audio and/or video technology.  To the extent either party records the
5  examination by audio technology, that party shall provide to all parties a copy of the
6  recording within three (3) business days.  Additionally, Defendants shall provide
7  Plaintiff with a copy of the report related to the examination within three (3) business
8  days of Defendants' receipt of the same.
9      **IT IS FURTHER STIPULATED THAT** any continuance or cancellation of
10  this examination must be received no later than 48 hours prior to the examination
11  date.  Failure to provide such notice will render Plaintiff responsible for any fees
12  charged due to late cancellation.

14  DATED:  September 21, 2022

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: _____
ANDREW BAUM
OLIVIA M. WEISS
   Attorneys for Defendants
   County of Los Angeles, Luis Cano,
   Kevin Walker, Shawn Groves,
   Jackson Hill, Matthew Seno,
   Joshua Parga

23  DATED:  September 21, 2022

THE COCHRAN FIRM CALIFORNIA

By: /s/ Brian T. Dunn
BRIAN T. DUNN, ESQ.
TONI JARAMILLO, ESQ.
   Attorneys for Plaintiff Christopher Bailey