ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants County of Los Angeles, Luis Cano, Kevin Walker, Shawn Groves, Jackson Hill, Matthew Seno, and Joshua Parga

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BAILEY,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LUIS CANO; KEVIN WALKER; SHAWN GROVES; JACKSON HILL; MATTHEW SENO; JOSHUA PARGA; and DOE DEFENDANTS 1 through 10, inclusive<br><br>   Defendants. | CASE NO.: 2:21-cv-05017-FLA-KS<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Trial Date:  None Set |

1  Pursuant to the Court's order [Dkt 59], the parties hereby submit this joint status report re their pending settlement of this dispute (the "Settlement").

The County advises the Court that the Settlement is scheduled to be heard by the Los Angeles County Claims Board ("Claims Board") on July 17, 2023. If approved by the Claims Board, it will then be heard by the LA County Chief Executive Office's Public Safety Cluster ("Cluster"). Typically, the Cluster hears a proposed settlement 3-4 weeks after it is approved by the Claims Board.

If approved by the Claims Board, the Settlement will then be scheduled for approval by the LA County Board of Supervisors at one of its upcoming and regular Tuesday public meetings.

The County proposes the Court order another joint submission in 60 days.

DATED: July 12, 2023

THE COCHRAN FIRM CALIFORNIA
TONI JARAMILLA, APC


By: /s/ Brian T. Dunn
BRIAN T. DUNN
TONI J. JARAMILLA
Attorneys for Plaintiff
CHRISTOPHER BAILEY

DATED: July 12, 2023

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP


By: /s/ Andrew Baum
ANDREW BAUM
Attorneys for Defendants
COUNTY OF LOS ANGELES, LUIS CANO, KEVIN WALKER, SHAWN GROVES, JACKSON HILL, MATTHEW SENO, and JOSHUA PARGA